**Fill in this information to identify the case:**

Debtor 1 _Frank Romano, Jr._

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _Northern_ District of _Illinois_
(State)

Case number _14-10787_

---

Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 9 4 1 8

**Property address:** 38 W. Marilyn Ter
Number    Street

Addison     IL     60101
City        State  ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ 2112.79

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ 0.00

c. **Total**. Add lines a and b.  (c) $ 2112.79

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 10/01/2017
MM / DD / YYYY

| | | |
|---|---|---|
| Debtor 1 | Frank Romano, Jr.<br>First Name   Middle Name   Last Name | Case number (*if known*) 14-10787 |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **Timothy R. Yueill**
Signature

Date: 11/06/2017

Print: **Timothy   R   Yueill**
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Law Offices of Ira T. Nevel, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: **175 N. Franklin St.**
Number   Street

**Chicago    IL    60606**
City    State    ZIP Code

Contact phone: (312) 357–1125

Email: TimothyY@Nevellaw.com

# UNITED STATES BANKRUPTCY COURT

Case No:

**Certificate of Service**

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date: 11/06/2017

Chapter 13 Trustee: Glenn B Stearns

Trustee Address: 801 Warrenville Road, Suite 650, Lisle, IL 60532

Trustee Email:

Debtor's Counsel Name: Nathan E Curtis  Geraci Law L.L.C.

Debtor's Counsel Address: 55 E. Monroe St., # 3400, Chicago, IL 60603

Debtor's Counsel Email:

Debtor 1 Name: Frank Romano, Jr.

Debtor 2 Name

Debtor's Mailing Address: 38 W MARILYN TER, Addison, IL 60101

Debtor Email:

/s/ Timothy R. Yueill

| | | | FRANK ROMANO | | | | | |
| | | | Case # 14-10787 | | | | | |
| | | | Loan # xxxxxx9418 | | | | | |
| | | | Payments Detail | | | | | |
| Trans Date | Due Date | Trans Code | Trans Description | Transaction Total | Principal | Interest | Escrow | Suspense |
|---|---|---|---|---|---|---|---|---|
| 10/31/2017 | Sep-17 | 173 | Bankruptcy Plan Payment | 1146.95 | 101.87 | 413.72 | 581.36 | 50 |
| 10/31/2017 | Sep-17 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 10/2/2017 | Aug-17 | 173 | Bankruptcy Plan Payment | 1096.95 | 101.45 | 414.14 | 581.36 | 0 |
| 10/2/2017 | Aug-17 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 9/1/2017 | Jul-17 | 173 | Bankruptcy Plan Payment | 1096.95 | 101.03 | 414.56 | 581.36 | 0 |
| 9/1/2017 | Jul-17 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 8/4/2017 | Jun-17 | 173 | Bankruptcy Plan Payment | 1096.95 | 100.61 | 414.98 | 581.36 | 0 |
| 8/4/2017 | Jun-17 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 7/6/2017 | May-17 | 173 | Bankruptcy Plan Payment | 1096.95 | 100.19 | 415.4 | 628.51 | -47.15 |
| 7/6/2017 | May-17 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 5/26/2017 | Apr-17 | 173 | Bankruptcy Plan Payment | 1083.23 | 99.78 | 415.81 | 628.51 | -60.87 |
| 5/26/2017 | Apr-17 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 4/28/2017 | Mar-17 | 173 | Bankruptcy Plan Payment | 1083.23 | 99.36 | 416.23 | 628.51 | -60.87 |
| 4/28/2017 | Mar-17 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 3/20/2017 | Feb-17 | 173 | Bankruptcy Plan Payment | 1183.23 | 121.33 | 333.39 | 628.51 | 100 |
| 3/20/2017 | Feb-17 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 2/21/2017 | Jan-17 | 173 | Bankruptcy Plan Payment | 1183.23 | 120.93 | 333.79 | 628.51 | 100 |
| 2/21/2017 | Jan-17 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 12/28/2016 | Dec-16 | 172 | EZPay Payment | 1083.23 | 120.53 | 334.19 | 628.51 | 0 |
| 12/28/2016 | Dec-16 | 172 | EZPay Payment | 0 | 0 | 0 | 0 | 0 |
| 11/30/2016 | Dec-16 | 145 | Restricted Adjustment | 0 | 0 | 0 | 0 | 0 |
| 11/23/2016 | Dec-16 | 145 | Restricted Adjustment | 0 | 0 | 0 | 0 | 0 |
| 11/18/2016 | Nov-16 | 173 | Bankruptcy Plan Payment | 1083.23 | 120.13 | 334.59 | 628.51 | 0 |
| 11/18/2016 | Nov-16 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 10/20/2016 | Oct-16 | 173 | Bankruptcy Plan Payment | 1083.23 | 119.73 | 334.99 | 628.51 | 0 |
| 10/20/2016 | Oct-16 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 9/20/2016 | Sep-16 | 173 | Bankruptcy Plan Payment | 1083.23 | 119.33 | 335.39 | 628.51 | 0 |
| 9/20/2016 | Sep-16 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 8/19/2016 | Aug-16 | 173 | Bankruptcy Plan Payment | 1083.23 | 118.93 | 335.79 | 628.51 | 0 |
| 8/19/2016 | Aug-16 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 7/13/2016 | Jul-16 | 173 | Bankruptcy Plan Payment | 1045.94 | 118.54 | 336.18 | 591.22 | 0 |
| 7/13/2016 | Jul-16 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 6/16/2016 | Jun-16 | 173 | Bankruptcy Plan Payment | 1045.94 | 118.15 | 336.57 | 591.22 | 0 |
| 6/16/2016 | Jun-16 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 5/16/2016 | May-16 | 173 | Bankruptcy Plan Payment | 1045.94 | 117.75 | 336.97 | 591.22 | 0 |
| 5/16/2016 | May-16 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 4/18/2016 | Apr-16 | 173 | Bankruptcy Plan Payment | 1045.94 | 117.36 | 337.36 | 591.22 | 0 |
| 4/18/2016 | Apr-16 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 3/15/2016 | Mar-16 | 173 | Bankruptcy Plan Payment | 1045.94 | 116.97 | 337.75 | 591.22 | 0 |
| 3/15/2016 | Mar-16 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 2/17/2016 | Feb-16 | 173 | Bankruptcy Plan Payment | 1030.99 | 185.99 | 253.78 | 591.22 | 0 |
| 2/17/2016 | Feb-16 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 1/15/2016 | Jan-16 | 173 | Bankruptcy Plan Payment | 1030.99 | 185.53 | 254.24 | 591.22 | 0 |
| 1/15/2016 | Jan-16 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 12/14/2015 | Dec-15 | 173 | Bankruptcy Plan Payment | 1030.99 | 185.07 | 254.7 | 591.22 | 0 |
| 12/14/2015 | Dec-15 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 11/16/2015 | Nov-15 | 173 | Bankruptcy Plan Payment | 1030.99 | 184.61 | 255.16 | 591.22 | 0 |
| 11/16/2015 | Nov-15 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 10/26/2015 | Nov-15 | 175 | HAMP Borrower Incentive | 5000 | 5000 | 0 | 0 | 0 |
| 10/26/2015 | Nov-15 | 175 | HAMP Borrower Incentive | 0 | 0 | 0 | 0 | 0 |
| 10/19/2015 | Oct-15 | 173 | Bankruptcy Plan Payment | 1030.99 | 171.68 | 268.09 | 591.22 | 0 |
| 10/19/2015 | Oct-15 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 9/15/2015 | Sep-15 | 173 | Bankruptcy Plan Payment | 1030.99 | 171.25 | 268.52 | 591.22 | 0 |
| 9/15/2015 | Sep-15 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 8/25/2015 | Aug-15 | 147 | Fee Reversal | 0 | -170.82 | -268.95 | -559.66 | 999.43 |
| 8/25/2015 | Aug-15 | 173 | Payment | 0 | 170.82 | 268.95 | 591.22 | -1030.99 |
| 8/25/2015 | Aug-15 | 173 | Payment | 0 | 0 | 0 | 0 | 0 |
| 8/19/2015 | Aug-15 | 172 | EZPay Payment | 999.43 | 170.82 | 268.95 | 559.66 | 0 |
| 8/19/2015 | Aug-15 | 172 | EZPay Payment | 0 | 0 | 0 | 0 | 0 |
| 7/16/2015 | Jul-15 | 173 | Bankruptcy Plan Payment | 1063.89 | 170.4 | 269.37 | 613.6 | 10.52 |
| 7/16/2015 | Jul-15 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 6/11/2015 | Jun-15 | 173 | Bankruptcy Plan Payment | 1063.89 | 169.97 | 269.8 | 613.6 | 10.52 |
| 6/11/2015 | Jun-15 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 5/14/2015 | May-15 | 173 | Bankruptcy Plan Payment | 720.89 | 169.55 | 270.22 | 613.6 | -332.48 |
| 5/14/2015 | May-15 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 4/8/2015 | Apr-15 | 173 | Bankruptcy Plan Payment | 1063.89 | 169.12 | 270.65 | 624.12 | 0 |
| 4/8/2015 | Apr-15 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 3/13/2015 | Mar-15 | 173 | Bankruptcy Plan Payment | 1063.89 | 168.7 | 271.07 | 624.12 | 0 |
| 3/13/2015 | Mar-15 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 2/13/2015 | Feb-15 | 173 | Bankruptcy Plan Payment | 1036.95 | 197.49 | 181.04 | 624.12 | 34.3 |
| 2/13/2015 | Feb-15 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 1/16/2015 | Jan-15 | 173 | Bankruptcy Plan Payment | 1036.95 | 197.16 | 181.37 | 624.12 | 34.3 |
| 1/16/2015 | Jan-15 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |

| Date | Month | Code | Description | Amount | Col6 | Col7 | Col8 | Col9 |
|---|---|---|---|---|---|---|---|---|
| 12/12/2014 | Dec-14 | 173 | Bankruptcy Plan Payment | 1036.95 | 196.83 | 181.7 | 624.12 | 34.3 |
| 12/12/2014 | Dec-14 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 11/10/2014 | Nov-14 | 173 | Bankruptcy Plan Payment | 1036.95 | 196.5 | 182.03 | 624.12 | 34.3 |
| 11/10/2014 | Nov-14 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 11/3/2014 | Nov-14 | 175 | HAMP Borrower Incentive | 1000 | 1000 | 0 | 0 | 0 |
| 11/3/2014 | Nov-14 | 175 | HAMP Borrower Incentive | 0 | 0 | 0 | 0 | 0 |
| 10/14/2014 | Oct-14 | 173 | Bankruptcy Plan Payment | 1036.95 | 194.51 | 184.02 | 624.12 | 34.3 |
| 10/14/2014 | Oct-14 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 9/11/2014 | Sep-14 | 173 | Bankruptcy Plan Payment | 1036.95 | 194.19 | 184.34 | 624.12 | 34.3 |
| 9/11/2014 | Sep-14 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 8/11/2014 | Aug-14 | 173 | Bankruptcy Plan Payment | 1036.95 | 193.87 | 184.66 | 624.12 | 34.3 |
| 8/11/2014 | Aug-14 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 7/8/2014 | Jul-14 | 173 | Bankruptcy Plan Payment | 1036.95 | 193.54 | 184.99 | 624.12 | 34.3 |
| 7/8/2014 | Jul-14 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 6/5/2014 | Jun-14 | 173 | Bankruptcy Plan Payment | 1036.95 | 193.22 | 185.31 | 624.12 | 34.3 |
| 6/5/2014 | Jun-14 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 5/5/2014 | May-14 | 173 | Bankruptcy Plan Payment | 1036.95 | 192.9 | 185.63 | 624.12 | 34.3 |
| 5/5/2014 | May-14 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |
| 4/2/2014 | Apr-14 | 173 | Bankruptcy Plan Payment | 1036.95 | 192.58 | 185.95 | 658.42 | 0 |
| 4/2/2014 | Apr-14 | 173 | Bankruptcy Plan Payment | 0 | 0 | 0 | 0 | 0 |